839 A.2d 171

**OFFICE OF DISCIPLINARY COUNSEL, Petitioner,**

v.

**John P. GAGLIOTTI, Respondent.**

**No. 120 DB 2003.**

Supreme Court of Pennsylvania.

Oct. 9, 2003.

## ORDER

PER CURIAM.

AND NOW, this 9th day of October, 2003, there having been filed with this Court by John P. Gagliotti his verified Statement of Resignation dated August 23, 2003, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of John P. Gagliotti be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further ORDERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.